# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JACK WALLACE,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:06-CV-268 (WDO) |
| **CALVIN RAMSEY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss Plaintiff's claims for damages, and Plaintiff's objections thereto, the Recommendation is ADOPTED AND MADE THE ORDER OF THE COURT. The damages claims are DISMISSED and, as more fully set forth in the Recommendation, all Defendants *except* Ramsey and Paris are DISMISSED. The claims for injunctive relief against Defendants Ramsey and Paris shall proceed as explained in the Recommendation.

SO ORDERED this 27th day of September, 2006.


S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**