IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JACK RAY WALLACE,

                Plaintiff

VS.

CALVIN RAMSEY, *et al.*,

                Defendants

NO. 5:06-CV-268 (WDO)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

# O R D E R

Plaintiff JACK RAY WALLACE has submitted multiple filings in this case alleging that he is blind and can therefore not comport with the time periods prescribed by the rules of civil procedure and this court's orders with respect to how long he should have to respond to motions. *See* Tabs #28, #29, and #30. The court afforded Wallace ample time to demonstrate any limitations his eyesight put on him (Tabs #50 and #53), but he has failed to convince the court that he is entitled to any special treatment.

Accordingly, plaintiff Wallace will be afforded NO SPECIAL TREATMENT, and his motion for reconsideration (Tab #28), motion that he be allowed additional privileges (Tab #30), and motion for introduction of all parts of writing or recorded statements (Tab #32) are **DENIED**. However, plaintiff Wallace will be given TEN (10) DAYS from <u>receipt</u> of this order to respond to the defendants' Motion for Summary Judgment (Tabs #20 and #24). If the plaintiff fails to respond within the time period allotted in this order, the court will treat the defendants' motion as **UNCONTESTED**.

SO ORDERED this 31st day of OCTOBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE